**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                                    **Case Nos. 1:22-cr-10-AW-MAL**
                                                                                       **1:26-cv-61-AW-MAL**

**ALPHONSO COLUMBUS
RICHARDSON,**

   **Defendant.**
_____/

## ORDER DISMISSING § 2255 MOTION AS UNTIMELY

Defendant sought § 2255 relief. But because his motion was untimely, the court must dismiss.

In a thorough report and recommendation, the magistrate judge concludes (1) the motion is untimely and (2) alternatively, it would fail on the merits. ECF No. 74. Defendant has filed no objection to the report and recommendation. (The court granted Defendant's motion for an extension of time to do so, ECF No. 76, but the extended deadline has passed.)

Having carefully considered the matter, I now adopt the report and recommendation and incorporate it into this order to the extent it addressed timeliness. I do not address the merits of Defendant's claims.

The clerk will enter a judgment that says, "Defendant's § 2255 motion is dismissed as untimely." A certificate of appealability is denied. The clerk will close the file.

1

SO ORDERED on June 15, 2026.

s/ *Allen Winsor*
Chief United States District Judge

2